IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUDY HOLLOWAY | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 21-3205 |
| CHILDREN'S HOSPITAL OF PHILADELPHIA | : |

**O R D E R**

AND NOW, this 18th day of January, 2022, it having been reported the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is ORDERED the above action is DISMISSED with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Juan R. Sanchez
_____
Juan R. Sanchez,          C.J.